**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

**CRIMINAL CASE NO. 23-8-DLB-CJS**

**UNITED STATES OF AMERICA**                                                                      **PLAINTIFF**


**v.**                                                              **ORDER**


**COREY J. BENTON**                                                                            **DEFENDANT**

* *   * *   * *   * *   * *   * *   * *   * *   * *

This matter is before the Court upon Magistrate Judge Atkins' Recommendation to Accept Guilty Plea (Doc. # 35). No objections have been filed and the time for doing so has passed.  Accordingly,

**IT IS HEREBY ORDERED** that Magistrate Judge Atkins' Recommendation to Accept Guilty Plea (Doc. # 35) is hereby **ADOPTED.**  Defendant's Plea of Guilty to Counts 5 and 6 of the Indictment is hereby **accepted**.  This matter is set for **Sentencing** as set forth in the Recommendation on **Monday, February 12, 2024 at 10:00 a.m. in Ashland**.

This 23rd day of October, 2023.



Signed By:
*David L. Bunning*
United States District Judge